■ ITALO BRUNO, Plaintiff, v CLIFFORD HEINRICH et al., Respondents, and ROBERT NAPOLITANO, Appellant. [609 NYS2d 782] —Order, Supreme Court, Nassau County (John S. Lockman, J.), entered December 12, 1991, which denied defendant-appellant's motion for summary judgment pursuant to CPLR 3212 dismissing the complaint, unanimously affirmed, without costs.

Defendant-appellant has failed to establish as a matter of law that decedent's conduct was an unforeseeable intervening act that constituted a superceding cause relieving him from any potential liability for allowing her to exit his car on a six-lane highway with no provision for pedestrian traffic *(see, Rivera v New York City Tr. Auth.,* 77 NY2d 322; *Kriz v Schum,* 75 NY2d 25; *Kush v City of Buffalo,* 59 NY2d 26). Concur—Rosenberger, J. P., Ross, Asch, Rubin and Tom, JJ.